**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAMUEL LOVE,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**IA LODGING NAPA FIRST, LLC,**<br><br>    Defendant. | Case No.: 21-CV-1358-YGR<br><br>**ORDER TO SHOW CAUSE RE STAY PENDING NINTH CIRCUIT APPEAL** |

**TO THE PARTIES AND COUNSEL OF RECORD:**

Counsel for plaintiff is hereby **ORDERED TO SHOW CAUSE** why plaintiff's case should not be stayed pending the Ninth Circuit appeal in *Love v. Marriott Hotel Servs., Inc*., 21-15458. Plaintiff shall file a response to this Order no later than **WEDNESDAY, SEPTEMBER 29, 2021**. Defendant shall file its reply by **WEDNESDAY, OCTOBER 13, 2021**. The parties shall limit briefing to three (3) pages double-spaced.

**IT IS SO ORDERED.**

Date: September 16, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**